# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSALBA M. AGUILAR, Surviving Spouse of Luis Aguilar Hurtado, Deceased, and Guardian of SOPHIA AGUILAR, Surviving Minor Daughter of Luis Aguilar Hurtado, Deceased; EMILY AGUILAR, MELODY AGUILAR, and JESSICA AGUILAR, Surviving Adult Daughters of Luis Aguilar Hurtado, Deceased; and VICTOR AGUILAR, LOUIS GONZALO AGUILAR, and SERGIO AGUILAR, Surviving Adult Sons of Luis Aguilar Hurtado, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00359-MMD-CSD<br><br><br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Leave to Amend Complaint [Doc. 27.] Based on the motion and supporting papers, and finding no opposition,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend Their Complaint is GRANTED. Plaintiffs shall file the Amended Complaint within three days.

IT IS SO ORDERED.

Date: February 4, 2022

_____
U.S. MAGISTRATE JUDGE