UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSALBA M. AGUILAR, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | 3:21-cv-00359-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 35 |

The court has received a discovery motion from Plaintiffs regarding a discovery dispute with the Defendant. (ECF No. 35.) It appears from the court's docket that the discovery motion was filed as a motion to compel, and the filing system incorrectly computed the time to respond as May 13, 2022.

**IT IS HEREBY ORDERED** that, pursuant to the Civil Standing Order of U.S. Magistrate Judge Craig S. Denney (ECF No. 26), the time for Defendant to respond to Plaintiffs' discovery motion (ECF No. 35) is **Wednesday, May 4, 2022**. The response shall be limited to 5 pages in length.

DATED: May 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE