1  Vaughn A. Crawford, Esq.
   Nevada Bar No. 7665
2  Dawn L. Davis, Esq.
   Nevada Bar No. 13329
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone:  702.784.5200
5  Facsimile:  702.784.5252
   vcrawford@swlaw.com
6  ddavis@swlaw.com

7  *Attorneys for Defendant Ford Motor Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALBA M. AGUILAR, Surviving Spouse of Luis Aguilar Hurtado, Deceased, and Guardian of SOPHIA AGUILAR, Surviving Minor Daughter of Luis Aguilar Hurtado, Deceased; EMILY AGUILAR, MELODY AGUILAR, and JESSICA AGUILAR, Surviving Adult Daughters of Luis Aguilar Hurtado, Deceased; and VICTOR AGUILAR, LOUIS GONZALO AGUILAR, and SERGIO AGUILAR, Surviving Adult Sons of Luis Aguilar Hurtado, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No.:  3:21-cv-00359-ART-CSD<br><br>ORDER GRANTING **DEFENDANT FORD MOTOR COMPANY'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION REGARDING DISCOVERY DISPUTE [ECF NO. 35]** |

Defendant Ford Motor Company ("Ford"), by and through its counsel, Snell & Wilmer L.L.P., requests that this Court extend the deadline for Ford to respond to Plaintiffs' discovery dispute Motion [ECF No. 35] that was filed after 5:00 p.m. on Friday, April 29, 2022.

Plaintiffs' Motion requests that the Court order Ford to produce one or more FRCP 30(b)(6) witnesses to testify about 69 individual incidents that Plaintiffs claim are "substantially similar" to the incident at issue in *this* case.  Under the current response deadline, it is not feasible for Ford to gather the information necessary to show why many, if not all, of the 69 separate incidents are not "substantially similar" and that the request is grossly overbroad and not proportional to the matters at issue in this case.

1  Accordingly, Ford respectfully requests that the Court allow additional time, at least until
2  May 6, 2022, for it to respond to Plaintiffs' Motion.

Dated: May 3, 2022

SNELL & WILMER L.L.P.

By: /s/ *Dawn L. Davis*
Vaughn A. Crawford, Esq.
Dawn L. Davis, Esq.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Ford Motor Company*

IT IS SO ORDERED.

DATED:  May 3, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -