**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALBA M. AGUILAR, Surviving Spouse of Luis Aguilar Hurtado, Deceased, and Guardian of S.A., Surviving Minor Daughter of Luis Aguilar Hurtado, Deceased; EMILY AGUILAR, MELODY AGUILAR, and JESSICA AGUILAR, Surviving Adult Daughters of Luis Aguilar Hurtado, Deceased; and VICTOR AGUILAR, LOUIS GONZALO AGUILAR, and SERGIO AGUILAR, Surviving Adult Sons of Luis Aguilar Hurtado, Deceased,<br>                                Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES ONE through TWENTY, inclusive,<br>                                Defendants. | Case No. 3:21-cv-00359-ART-CSD<br><br>ORDER APPROVING<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs ROSALBA M. AGUILAR, Surviving Spouse of Luis Aguilar Hurtado, Deceased, and Guardian of S.A., Surviving Minor Daughter of Luis Aguilar Hurtado, Deceased; EMILY AGUILAR, MELODY AGUILAR, and JESSICA AGUILAR, Surviving Adult Daughters of Luis Aguilar Hurtado, Deceased; and VICTOR AGUILAR, LOUIS GONZALO AGUILAR, and SERGIO

1  AGUILAR, Surviving Adult Sons of Luis Aguilar Hurtado, Deceased, ("Plaintiffs") and Defendant
2  FORD MOTOR COMPANY and DOES ONE through TWENTY (collectively "Defendants") hereby
3  stipulate as follows:
4      All matters in controversy among the parties have been fully and completely resolved and
5  settled. Pursuant to the terms of a confidential settlement, Plaintiffs no longer wish to pursue their
6  claims against Defendants. As provided by Federal Rule of Civil Procedure 41(a)(2), Plaintiffs
7  respectfully ask that the Court dismiss this action with prejudice, and Defendant Ford Motor
8  Company stipulates to Plaintiffs' request for such dismissal.

DATED: February 7, 2023

**BRADLEY, DRENDEL, & JEANNEY**

By: */s/ William C. Jeanney*
William C. Jeanney, Esq.
Nevada Bar No. 1235
6900 S. McCarran Boulevard, Suite 2000
Reno, Nevada 89509

Robert E. Ammons, Esq. *(pro hac vice)*
Adam Milasincic, Esq. *(pro hac vice)*
**THE AMMONS LAW FIRM, LLP**
3700 Montrose Boulevard
Houston, Texas 77006

*Attorneys for Plaintiffs*

DATED: February 7, 2023

**SNELL & WILMER L.L.P.**

By: */s/ Dawn L. Davis*
Vaughn A. Crawford, Esq.
Dawn L. Davis, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway
Ste. 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant
Ford Motor Company*

### ORDER

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: February 9, 2023